# EXHIBIT A

# BENEFIT PLANS

and

# AGREEMENTS



## United Auto Workers
## Local 974

Insurance  Program

Retirement  Plan

Supplemental  Unemployment
Benefit  Plan



Local  974
Insurance—Pension—S.U.B.  Representative

JAMES  "Jim"  McGUIRE

200  Globe  St.,  East  Peoria,  Ill.  61611

Phone  694-3154

52

Case 3:06-cv-00235     Document 1-1     Filed 03/28/06     Page 2 of 24 PageID #: 21

Dear Member of the UAW:

Over the years of negotiations with Caterpillar Tractor Co., our Union has secured insurance, pension and supplemental unemployment benefits that rank among the best in the Nation.

In an effort to better inform the membership, so that every brother and sister can appreciate to the fullest extent the insurance, pension and s.u.b. agreements, the membership authorized the printing of this book.

This book is composed of the actual contract language between Caterpillar Tractor Co. and the United Auto Workers. As you read and refer to this book, please keep in mind that any dispute that arises concerning the contents is not subject to the grievance procedure. Each benefit plan contained herein has a procedure of its own for handling the disputes that may arise.

Local 974's bylaws charge my office with the responsibility as your representative concerning insurance, pension and s.u.b. If you have any problems or questions before you accept or give an answer that might cause a loss in benefits, please check with my office.

Fraternally,
James "Jim" McGuire, Chairman
Publicity & Education
Local 974, UAW


JEM:kl
opeiu #28
afl-cio

3

## TABLE OF CONTENTS

**Page**

GROUP INSURANCE PLAN ............................................ 5
   Table of Contents ............................................. 9
   Insurance Plan Agreement .................................... 15
   Group Insurance Plan .........................................

NON-CONTRIBUTORY PENSION PLAN ...................... 121
   Table of Contents ........................................... 124
   Supplemental Agreement ..................................... 142
   Pension Plan .................................................

SUPPLEMENTAL UNEMPLOYMENT BENEFIT PLAN ......... 193
   Table of Contents ........................................... 196
   Supplemental Agreement ..................................... 198
   SUB Plan ....................................................

## 1979 GROUP INSURANCE PLAN
### TABLE OF CONTENTS

**Page**

INSURANCE PLAN AGREEMENT ............................... 9
Section 1.  Definitions ............................................ 9
Section 2.  Applicability to Group Insurance Plan ......... 10
Section 3.  Amendments to Group Insurance Plan ......... 10
Section 4.  Modifications Necessary to Maintain
           Approval from Governmental Insurance
           Department ............................................ 12
Section 5.  Union Obligation ................................... 12
Section 6.  Exclusive Plan ...................................... 12
Section 7.  Conformance of Plan with State or
           Federal Legislation ............................... 12
Section 8.  Procedure for Review of Disputed Claims ... 13
Section 9.  Term of Agreement; Notice to Modify
           or Terminate ........................................ 14

GROUP INSURANCE PLAN ...................................... 15
Section 1.  Definitions .......................................... 15
Section 2.  Availability of Plan to Employees ............. 19
  2.1  Company Reserves Right to Select Carriers &
      Means of Funding Benefits ............................ 19
Section 3.  Eligibility for and Effective Date of Coverage 19
  3.1  Effective Date of Coverage ............................ 19
  3.2  Additional Life Insurance Coverage ................. 20
  3.3  Reinstatement of Additional Life Insur. Cov. ...... 20
  3.4  Effective Date of Dependents' Coverage ........... 20
  3.5  Reemployment .......................................... 21
  3.6  Effect of Total and Permanent Disability .......... 21
  3.7  Reinstatement from Military Leave ................. 21
Section 4.  Life Insur., Long Term Dis. Ben., Accidental
    Death and Dismemberment Ben., Accident & Sickness
    Ben., Total and Perm. Dis. Ben., & Survivor Income Ben. 21
  4.1  Contribution and Schedule of Benefits ............. 21
  4.2  Increase and Decrease in Amounts of Coverage ... 24
  4.3  Life Insurance after T&P Disability ................. 24
  4.4  Long Term Disability Benefits ....................... 24
  4.5  Accidental Death or Dismemberment Ben. ........ 28
  4.6  Weekly Accident and Sickness Benefits ........... 28
  4.7  Total and Permanent Disability Benefits .......... 31
  4.8  Retirement Life Insurance ............................ 33

|  |  | Page |
|---|---|---|
| 4.9 | Survivor Income Benefits | 35 |
| 4.10 | Retirement Life & Accidental Death & Dismemberment Insur. for Employees Retiring While on Leave or Layoff w/o Coverage | 38 |
| Section 5. | Medical Expense Benefits | 39 |
| 5.1 | General | 39 |
| 5.2 | Hospital Expense Benefits | 42 |
| 5.3 | Nursing Home Benefits | 45 |
| 5.4 | Surgical Operation Benefits | 47 |
| 5.5 | Physicians Attendance Benefits | 47 |
| 5.6 | Diagnostic X-Ray & Laboratory Exam. Benefits | 48 |
| 5.7 | Emergency First-Aid Benefits | 48 |
| 5.8 | Anesthesia Benefits | 48 |
| 5.9 | Psychiatric Benefits | 52 |
| 5.10 | Radiation Therapy Benefits | 52 |
| 5.11 | Prescription Drug Benefits | 55 |
| 5.12 | Physicians Consultation Benefits | 55 |
| 5.13 | Radiology Benefits | 56 |
| 5.14 | Transplanted Organ or Tissue Benefits | 56 |
| 5.15 | Retirement Medical Insurance | 57 |
| 5.16 | No Ben. for Services Obtained without Em. Cost | 58 |
| 5.17 | Ben. under Federal Law including Medicare | 59 |
| 5.18 | Coordination of Benefits | 62 |
| 5.19 | Hemodialysis Benefits | 63 |
| 5.20 | Charges in Excess of Usual & Cust. & Prof. Review | 64 |
| 5.21 | Outpatient Physical Therapy Benefits | 65 |
| 5.22 | Prosthetic Device Benefits | 66 |
| 5.23 | Durable Medical Equipment Benefits | 67 |
| 5.24 | Alcoholism and Drug Abuse Benefits | 70 |
| 5.25 | Chemotherapy Benefits | 70 |
| 5.26 | Dental Expense Benefits | 77 |
| 5.27 | Vision Care Benefits | 81 |
| 5.28 | Hearing Aid Benefits | 86 |
| 5.29 | Catastrophic Medical Expense Benefits | 89 |
| Section 6. | Term. of Coverage & Conversion Privilege | 89 |
| 6.1 | Termination of Coverage | 92 |
| 6.2 | Conversion of Life Insurance | 95 |
| 6.3 | Life Insur. during Eligibility Period for Conversion | 95 |
| 6.4 | Discontinuance of Coverage | 96 |
| Section 7. | Enrollment and Contribution | 96 |
| 7.1 | Contributions | 96 |
| 7.2 | Additional Life Insurance | 96 |
| 7.3 | Refund of Overpayments | 96 |
| 7.4 | Request for Enrollment |  |

|  |  | Page |
|---|---|---|
| 7.5 | Failure to Make Contributions | 96 |
| Section 8. | Sponsored Dependents | 97 |
| 8.1 | Eligibility | 97 |
| 8.2 | Definition | 97 |
| 8.3 | Contributions | 98 |
| 8.4 | Termination of Coverage | 98 |
| 8.5 | Conversion | 98 |
| 8.6 | General | 98 |
| Section 9. | General Provisions | 98 |
| 9.1 | Insurance Policy | 98 |
| 9.2 | Subrogation | 99 |
| 9.3 | Ben. While on Optional or Pre-Retirement Leave | 99 |
| 9.4 | Plan Fiduciary | 100 |
| Section 10. | Schedule of Surgical Operations | 100 |
| Section 11. | Schedule of Diagnostic X-Ray & Lab. Exams | 110 |

| LETTERS OF AGREEMENT | 112 |
|---|---|
| Group Practice Plans | 112 |
| National Health Insurance | 112 |
| Standards for Approval of Alcohol & Drug Abuse Fac. | 113 |
| Coordination of Benefits | 116 |
| Withholding from Weekly Accident & Sickness Payments | 117 |
| Personal Leave of Absence | 117 |

Case 3:06-cv-00235    Document 1-1    Filed 03/28/06    Page 5 of 24 PageID #: 24

an employee of a hospital. Payment may be made directly to the Physician rendering such services.

**5.14 Transplanted Organ or Tissue Benefits.** If benefits are payable pursuant to this Section V of the Plan to or for the account of an Employee, the initial medical expenses of a donor providing a transplanted organ or tissue to an Employee or Dependent will also be considered as expenses for which medical expense benefits will be payable under this Section V of the Plan (subject to appropriate plan limits) to the extent not otherwise covered under this Plan or any other plan providing similar benefits.

**5.15 Retirement Medical Insurance.** Retired Employees who satisfy the requirements hereinafter set forth shall be entitled to the same benefits provided in this Section V as if they were Employees. Coverage in accordance with this paragraph 5.15 shall be provided without cost to any such retired Employee. Such benefits to the extent provided in this paragraph 5.15 will be provided after his retirement from active service for a retired employee is he HAS AT LEAST 5 YEARS OF CREDITED SERVICE UNDER THE NON-CONTRIBUTORY PENSION PLAN AT HIS RETIREMENT AND is eligible for the immediate commencement of a monthly pension under the Non-Contributory Pension Plan or would be eligible for such immediate commencement but for his election to defer commencement of his pension. Coverage shall take effect on his retirement date. Solely for the purposes of this paragraph 5.15 an Employee who is entitled to have his life insurance continued without reduction in accordance with item (iii) of paragraph 6.1 (Continuation) and who on or after his fifty-fifth birthday (i) ceases to receive payments in accordance with paragraph 4.4 (Long Term Disability Benefits) by reason of attaining age sixty-five or (ii) suffers a break in continuity of service, shall be deemed a retired Employee whose retirement date is the first of the month coinciding with or following the occurrence of the event described in (i) or (ii) above, provided he is eligible for the immediate commencement of a monthly pension under the Non-Contributory Pension Plan, or would be eligible for such immediate commencement but for his receiving a disability pension under such Pension Plan or for his election to defer commencement of his pension.

If such retired Employee, while coverage with this paragraph 5.15 is in effect with respect to him or a Dependent of such a retired Employee, while Dependents' Coverage in accordance with this paragraph 5.15

is in effect with respect to such retired Employee, becomes confined in a hospital or nursing home, for which in any case benefits would have been payable in accordance with paragraphs 5.2 (Hospital Expense Benefits) and 5.3 (Nursing Home Benefits) had such confinement occurred prior to such retired Employee's retirement date, then such benefits shall be payable in the same amount as the benefits that would have been payable in accordance with such paragraphs had such event occurred prior to such retired Employee's retirement date, provided, however, that successive periods of hospital or nursing home confinement, the first of which commenced either prior to, on, or after his retirement date, which are due to the same or related cause or causes, shall be considered as one period of confinement unless, in the case of either a retired Employee or a retired Employee's Dependent, a period of six months has elapsed after the end of the last period of confinement. Dependents' Coverage shall be in effect in accordance with this paragraph 5.15 while Personal Coverage is in effect with respect to (a) all Dependents of a retired Employee who were covered hereunder on the day preceding his retirement and (b) any person who becomes a Dependent after the retirement of a retired Employee if such retired Employee either was covered for Dependents' Coverage prior to retirement or had no Dependents prior to retirement, and such Dependents' Coverage will be continued following the death of a retired Employee for the remainder of his surviving spouse's life without cost. For purposes of this paragraph 5.15 only, the terms "Employee" and "Employee's", wherever appearing in the other sections hereof shall be deemed to read "retired Employee" and "retired Employee's", respectively.

**5.16 Medical Services Provided** at no cost. Notwithstanding any other provision hereof to the contrary, no benefits will be payable pursuant to this Section V for services which are or may be obtained without cost to any Employee, Dependent or any other person covered by the Plan in accordance with the laws or regulations of any government. If a charge is made to such Employee, Dependent or person which he is legally required to pay, any benefits hereunder will be computed in accordance with the provisions of this Section, taking into account only such charge. "Any government" includes any Federal, State, Provincial or local government, or any political subdivision thereof, of the United States or Canada.

56

57

# EXHIBIT B

# BENEFIT PLANS

## under the

# 1988



## Collective Bargaining Agreement

---

**GROUP INSURANCE BENEFITS**

**NON-CONTRIBUTORY
PENSION PLAN**

**EMPLOYEES' STOCK
OWNERSHIP PLAN**

**PROFIT SHARING PLAN**

**SUPPLEMENTAL
UNEMPLOYMENT BENEFITS**

**TAX DEFERRED SAVINGS PLAN**

# INTRODUCTION

The documents covering the various benefit plans are of necessity complex as they determine the payment of millions of dollars under the plans agreed to by Caterpillar and the United Auto Workers.

## How to Use This Booklet

The booklet contains plan language covering the group insurance, pension, supplemental unemployment, employee stock ownership and profit sharing plans. The document covering each of the plans is generally in two parts:

1. **Agreement**
   The agreement is just that. It is the part of the document the Company and the Union sign stating that they agree to the benefits and provisions included in the document. In the agreement you will find spelled out the responsibility of the Company and the Union with respect to the administration of the plan, and, particularly in the case of the Group Insurance Plan Agreement, you will find the effective date of the various group insurance coverages.

2. **Plan**
   The plan provides detailed information on the benefits. This includes who is eligible, the amount of benefits payable in a certain situation and how claims or applications for benefits are to be made.

For each plan we have included:

1. A table of contents which shows in page number order what is contained in both the agreement and the plan, and

2. A subject index which will give you the page number to refer to if you wish information on a particular subject. For example, if you were seeking information on "Credited Service" under the pension plan, you would look under the "C" part of the index and find that Credited Service is described on page 109 of the pension plan.

In the document there are a number of cross-references. Following the number is a brief description of what that cross-reference is. For example, if you were looking in the pension document for benefits payable on early retirement and saw a cross-reference to 4.1(d), the document explains that 4.1(d) deals with disability retirements only and you would know that it would not be necessary to look up the cross-reference as it would not be applicable to a regular early retirement.

Summaries of the benefits provided in each of the plans are contained in benefit booklets which are issued by the Company to each employee.

**CATERPILLAR INC.**                    **UNITED AUTO WORKERS**

# 1988 GROUP INSURANCE PLAN
## TABLE OF CONTENTS

Page

INSURANCE PLAN AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  Section 1.  Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  Section 2.  Applicability to Group Insurance Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  Section 3.  Amendments to Group Insurance Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  Section 4.  Modifications Necessary to Maintain Approval from Governmental Insurance Department . . . . . . . . . . . . . . 4
  Section 5.  Union Obligation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  Section 6.  Exclusive Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  Section 7.  Conformance of Plan with State or Federal Legislation . . . . . . . . . . . . . . . . . . . . . . 5
  Section 8.  Procedure for Review of Disputed Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  Section 9.  Term of Agreement; Notice to Modify or Terminate . . . . . . . . . . . . . . . . . . . . . 6
  Section 10.  Special Coverage in Event of Plant Closing . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

GROUP INSURANCE PLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  Section 1.  Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
  Section 2.  Availability of Plan to Employees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
     2.1  Company Reserves Right to Select Carriers and Means of Funding Benefits . . . . . . . . . . . . . . . . . 11
  Section 3.  Eligibility for and Effective Date of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . 11
     3.1  Effective Date of Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
     3.2  Additional Life Insurance Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     3.3  Reinstatement of Additional Life Insurance Coverage . . . . . . . . . . . . . . . . . . . . 12
     3.4  Effective Date of Dependents' Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     3.5  Reemployment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     3.6  Effect of Total and Permanent Disability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     3.7  Reinstatement from Military Leave . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
     3.8  Preferential Hire . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  Section 4.  Life Insurance, Long Term Disability Benefits, Accidental Death and Dismemberment Benefits, Accident and Sickness Benefits, Total and Permanent Disability Benefits, and Survivor Income Benefits . . . . . . . . . . . 13
     4.1  Contribution and Schedule of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
     4.2  Increase and Decrease in Amounts of Coverage . . . . . . . . . . . . . . . . . . . . . . . . 14
     4.3  Life Insurance after T & P Disability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
     4.4  Long Term Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
     4.5  Accidental Death or Dismemberment Benefits . . . . . . . . . . . . . . . . . . . . . . . . . 16
     4.6  Weekly Accident and Sickness Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
     4.7  Total and Permanent Disability Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
     4.8  Retirement Life Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
     4.9  Survivor Income Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
     4.10  Retirement Life and Accidental Death and Dismemberment Insurance for Employees Retiring While on Leave or Layoff w/o Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
  Section 5.  Medical Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
     5.1  General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
     5.2  Hospital Expense Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
     5.3  Nursing Home Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
     5.4  Surgical Operation Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
     5.5  Physicians' Attendance Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
     5.6  Diagnostic X-ray & Laboratory Examination Benefits . . . . . . . . . . . . . . . . . . . . 26
     5.7  Emergency First-Aid Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
     5.8  Anesthesia Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
     5.9  Psychiatric Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
     5.10  Radiation Therapy Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
     5.11  Prescription Drug Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
     5.12  Physicians Consultation Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
     5.13  Radiology Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
     5.14  Transplanted Organ or Tissue Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
     5.15  Retirement Medical Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
     5.16  No Benefits for Services Obtained without Employee Cost . . . . . . . . . . . . . . . . 32
     5.17  Benefits under Federal Law including Medicare . . . . . . . . . . . . . . . . . . . . . . . 32
     5.18  Coordination of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
     5.19  Hemodialysis Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
     5.20  Charges in Excess of Usual and Customary and Professional Review . . . . . . . . . . . . . . . . 35
     5.21  Outpatient Physical Therapy Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
     5.22  Prosthetic Device Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
     5.23  Durable Medical Equipment Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

# 1988 GROUP INSURANCE PLAN
## TABLE OF CONTENTS
### CONT'D.

| | | Page |
|---|---|---|
| 5.24 | Alcoholism and Drug Abuse Benefits | 37 |
| 5.25 | Chemotherapy Benefits | 39 |
| 5.26 | Dental Expense Benefits | 39 |
| 5.27 | Vision Care Benefits | 43 |
| 5.28 | Hearing Aid Benefits | 45 |
| 5.29 | Catastrophic Medical Expense Benefits | 48 |
| 5.30 | Preferred Provider Provision | 49 |
| 5.31 | Home Health Care Benefits | 50 |
| 5.32 | Ambulance Benefits | 53 |
| Section 6. | Termination of Coverage and Conversion Privilege | 53 |
| 6.1 | Termination of Coverage | 53 |
| 6.2 | Conversion of Life Insurance | 53 |
| 6.3 | Continuation of Medical Benefits for Certain Former Dependents | 55 |
| 6.4 | Life Insurance during Eligibility Period for Conversion | 56 |
| 6.5 | Discontinuance of Coverage | 57 |
| Section 7. | Enrollment and Contribution | 57 |
| 7.1 | Contributions | 57 |
| 7.2 | Additional Life Insurance | 57 |
| 7.3 | Refund of Overpayments | 57 |
| 7.4 | Request for Enrollment | 57 |
| 7.5 | Failure to Make Contributions | 58 |
| Section 8. | Sponsored Dependents | 58 |
| 8.1 | Eligibility | 58 |
| 8.2 | Definition | 58 |
| 8.3 | Contributions | 58 |
| 8.4 | Termination of Coverage | 58 |
| 8.5 | Conversion | 59 |
| 8.6 | General | 59 |
| Section 9. | General Provisions | 59 |
| 9.1 | Insurance Policy | 59 |
| 9.2 | Subrogation | 59 |
| 9.3 | Administration of The Plan | 59 |
| Section 10. | Schedule of Surgical Operations | 60 |
| Section 11. | Schedule of Diagnostic X-ray and Laboratory Examinations | 67 |
| LETTERS OF AGREEMENT | | 68 |
| | Health Maintenance Organization Plans | 68 |
| | National Health Insurance | 68 |
| | Standards for Approval of Alcohol and Drug Abuse Facilities | 69 |
| | Coordination of Benefits | 70 |
| | Personal Leave of Absence | 71 |
| | Rehabilitative Jobs | 71 |
| | Retirement Insurance in Event of Plant Closing | 71 |
| | Pilot Medical Case Management Expense Benefits | 71 |
| | Joint Committee on Health Care | 72 |
| | Non-Preferred Provider Hospitals (penalty) | 74 |
| | Subrogation Explained | 74 |
| | HMO "Out of Area" Coverage | 74 |
| | Preferred Provider Arrangement | 74 |
| | Pre Certification Under the Preferred Provider Arrangement | 75 |
| | Hold Harmless and Predetermination | 76 |
| | Guidelines for A&S Reduction by Social Security Amounts | 78 |
| | Preauthorization of Services by Certain Dental Providers | 79 |
| | Medicare Catastrophic Coverage Act of 1988 | 80 |
| | Mail Order Drug Plan | 80 |
| | Casting Following Surgery or Fractures | 80 |
| | Usual and Customary Determinations | 80 |
| | Orthodontic Treatment Restriction | 81 |
| INDEX | | 82 |

"Participating Provider" means any Physician, pharmacy or other organization legally licensed to dispense drugs which has entered into an agreement to provide Prescription Drugs under this Plan at their Acquisition Cost plus a Dispensing Fee to be agreed upon between said Participating Provider and the Insurance Carrier or such other organization as shall be responsible for providing the benefit; provided, however, that in no event will the amount agreed upon for injectible Insulin, Adrenalin, Mercuhydrin and Thiomerin exceed the Usual and Customary charge of the Participating Provider for such injectibles.

"Covered Expense Period" means a period commencing with any October 1 and ending the next following September 30.

5.12 Physicians Consultation Benefits. If hospital or nursing home expense benefits are payable to or for the account of an Employee in accordance with paragraphs 5.2 *(Hospital Expense Benefits)* or 5.3 *(Nursing Home Benefits)*, physicians' consultation benefits will be payable for the consultation services (other than staff consultations required by the hospital or nursing home's rules or regulations) rendered by a Physician, to the Physician in charge of the case, during the hospital or nursing home confinement for which hospital or nursing home expense benefits are payable for a condition requiring the assistance of a consulting Physician with the special skill and experience needed in the treatment of such condition. Payment will be made for the consulting Physician's actual charge to the extent Usual and Customary. Such benefits may be paid directly to the Physician rendering the consultation services.

5.13 Radiology Benefits. If hospital expense benefits are payable to or for the account of an Employee in accordance with paragraph 5.2 *(Hospital Expense Benefits)*, radiology benefits will be payable for services rendered in connection with the use of x-rays and other radioactive substances in a hospital by a Physician specializing in radiology including Magnetic Resonance Imaging, when required by, and rendered in relation to, services for which benefits are payable under the Plan. Payment will be made for the actual amount charged for such services to the extent such amount is Usual and Customary and to the extent not otherwise covered under the Plan. No benefits shall be payable under this paragraph for services rendered by an employee of a hospital. Payment may be made directly to the Physician rendering such services.

5.14 Transplanted Organ or Tissue Benefits. If benefits are payable pursuant to this Section V of the Plan to or for the account of an Employee, the initial medical expenses of a donor providing a transplanted organ or tissue to an Employee or Dependent will also be considered as expenses for which medical expense benefits will be payable under this Section V of the Plan (subject to appropriate plan limits) to the extent not otherwise covered under this Plan or any other plan providing similar benefits.

5.15 Retirement Medical Insurance. Retired Employees who satisfy the requirements hereinafter set forth shall be entitled to the same benefits provided in this Section V as if they were Employees. Coverage in accordance with this paragraph 5.15 shall be provided without cost to any such retired Employee. Such benefits to the extent provided in this paragraph 5.15 will be provided after his retirement from active service for a retired Employee if he has at least 5 years of credited service under the Non-Contributory Pension Plan at his retirement and is eligible for the immediate commencement of a monthly pension under the Non-Contributory Pension Plan or would be eligible for such immediate commencement but for his election to defer commencement of his pension. Coverage shall take effect on his retirement date. Solely for the purposes of this paragraph 5.15 an Employee who is entitled to have his life insurance continued without reduction in accordance with item (iii) of paragraph 6.1 *(Continuation)* and who on or after his fifty-fifth birthday (i) ceases to receive payments in accordance with paragraph 4.4 *(Long Term Disability Benefits)* by reason of attaining an age specified in paragraph 4.4 *(Long Term Disability Benefits)* or (ii) suffers a break in continuity of service, shall be deemed a retired Employee whose retirement date is the first of the month coinciding with or following the occurrence of the event described in (i) or (ii) above, provided he is eligible for the immediate commencement of a monthly pension under the Non-Contributory Pension Plan, or would be eligible for such immediate commencement but for his receiving a disability pension under such Pension Plan or for his election to defer commencement of his pension.

If any such retired Employee, while coverage in accordance with this paragraph 5.15 is in effect with respect to him or a Dependent of such a retired Employee, while Dependents' Coverage in accordance with this paragraph 5.15 is in effect with respect to such retired Employee, becomes confined in a hospital or nursing home, for which in any case benefits would have been payable in accordance with paragraphs 5.2 *(Hospital Expense Benefits)* and 5.3 *(Nursing Home Benefits)* had such confinement occurred prior to such retired Employee's retirement date, then such benefits shall be payable in the same amount as the benefits that would have been payable in accordance with such paragraphs had such event occurred prior to such retired Employee's retirement date; provided, however, that successive periods of hospital or nursing home confinement, the first of which commenced either prior to, on, or after his retirement date, which are due to the same or related cause or causes, shall be considered as one period of confinement unless, in the case of either a retired Employee or a retired Employee's Dependent, a period of six months has elapsed after the end of the last period of confinement. Dependents' Coverage shall be in effect in accordance with this paragraph 5.15 if the Personal Coverage is in effect with respect to (a) all

Case 3:06-cv-01524-... Document ... Filed 03/23/2006 Page ... of ...

Dependents of a retired Employee who were covered hereunder on the day preceding his retirement and (b) any person who becomes a Dependent after the retirement of a retired Employee if such retired Employee either was covered for Dependents' Coverage prior to retirement or had no Dependents prior to retirement, and such Dependents' Coverage will be continued following the death of a retired Employee for the remainder of his surviving spouse's life without cost. For purposes of this paragraph 5.15 only, the terms "Employee" and "Employee's", wherever appearing in the other sections hereof, shall be deemed to read "retired Employee" and "retired Employee's", respectively.

5.16 Medical Services Provided at No Cost. Notwithstanding any other provision hereof to the contrary, no benefits will be payable pursuant to this Section V for services which are or may be obtained without cost to any Employee, Dependent or any other person covered by the Plan in accordance with the laws or regulations of any government. If a charge is made to such Employee, Dependent or person which he is legally required to pay, any benefits hereunder will be computed in accordance with the provisions of this Section, taking into account only such charge. "Any government" includes any Federal, State, Provincial or local government, or any political subdivision thereof, of the United States or Canada.

5.17 Benefits Under Federal Law Including Medicare.

(a) The provisions of this Section V shall not be applicable to Employees or retired Employees who are or may become eligible for hospital, surgical or other medical expense benefits under any federal law providing such benefits for the public at large. Compliance by the Employers with such laws shall be deemed full compliance with the provisions of this Section V with respect to Employees or retired Employees eligible for benefits under such laws. If, as a result of such laws, the level of benefits provided for any group of Employees or retired Employees or their Dependents is generally lower than the corresponding level of benefits under this Section V, the Employers may, at their option and to the extent they find it practicable, provide a plan of benefits supplementary to the federal benefits to the extent necessary to make total benefits as nearly comparable as practicable to the benefits provided under Section V.

(b) In accordance with the right the Employers have, pursuant to the preceding paragraph 5.17(a), to provide a plan of benefits supplemental to federal benefits, this Plan shall supplement benefits provided by the Health Insurance for the Aged Act, "Title XVIII", of the Social Security Act (Medicare) in the following manner. Benefits otherwise provided on account of medical expenses covered under this Section V of the Plan shall be reduced by any "benefits available" on account of such medical expenses under such Act as enacted and thereafter amended. "Benefits available" shall mean (i) all benefits to which a person is entitled under Part A of said Act including, in the case of a person not enrolled under Part A of said Act, any benefits to which he would be entitled under Part A of said Act if he were enrolled for such coverage, and (ii) all benefits for which a person is actually covered under Part B of said Act by reason of enrollment for coverage under Part B of said Act; provided, however, following the first eligibility date for coverage under Part B of said Act of a person described in the following sentence, it shall be assumed that such person is enrolled for coverage under Part B of said Act, and any benefits to which he would be entitled under Part B of said Act if he were enrolled for such coverage shall be included as "benefits available." For charges incurred on or after January 1, 1989, the Employers agree to reimburse those Employees, retired Employees, and their Dependents (if applicable), who are covered under the Plan, for up to $27.90 ($28.00 effective January 1, 1990 and $29.00 effective January 1, 1991) per month of the charge to each such person for the cost of Part B of Medicare.

(c) The provisions of paragraph 5.17(a) above to the contrary notwithstanding, the Employers may, if federal laws permit, substitute a plan of benefits for the benefits provided by the federal laws referred to above, and modify the provisions of the Plan to the extent and in the respects necessary to secure the approval of such substitution from the appropriate governmental authority.

5.18 Coordination of Benefits.

1. Benefits Subject To This Provision

All of the benefits provided under this Section V of the Plan are subject to this provision.

2. Definitions

(a) "Other Plan" means any plan providing benefits for, or services in the form of, or by reason of, hospital care, or treatment, or treatments by Physicians or services or supplies provided by other providers which benefits or services are provided by group, blanket, or franchise insurance coverage, group practice, individual practice and other prepayment coverage on a group basis, including Blue Cross-Blue Shield, coverage under a labor management trustee plan, union welfare plan, employer organization plan, or employee benefit organization plan.

Case 3:06-cv-00235   Document 1-1   Filed 03/28/06   Page 13 of 24 PageID #: 32

# EXHIBIT C

# BENEFIT PLANS

For CATERPILLAR Employees Represented by UNITED AUTO WORKERS

- ● **MEDICAL BENEFITS**

- ● **LIFE & DISABILITY BENEFITS**

- ● **NON-CONTRIBUTORY PENSION PLAN**

- ● **SUPPLEMENTAL UNEMPLOYMENT BENEFITS**

## Medical Benefits

*providing you with protection against medical expenses when illness or accident strikes you or your family* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **2**

## Death and Disability Benefits

1. *providing your family with income in the event of your death*

2. *replacing your income partially during periods of disability* . . . . . . . . . . . . . . . . . . . . . . .  **21**

## Pension Plan

*providing an income for you during your retirement years* . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **32**

## Supplemental Unemployment Benefits

*providing you with replacement income during periods of layoff* . . . . . . . . . . . . . . . . . . . . . . .  **49**

These plans, along with Workmen's Compensation and Social Security, provide a well-rounded program of protection for you and your family. They are an important part of your compensation as a Caterpillar employee — "Your Extra Paycheck."

If you have any questions regarding any of your benefit plans, please call your Employee Benefits Office.

1

absence, your Medical Benefits will be continued at no cost to you. In the case of a personal leave or a layoff, your Medical Benefits will remain in effect for a maximum of 12 months at no cost to you.

## MEDICAL BENEFITS AFTER RETIREMENT

If you retire and are eligible for the immediate receipt of a pension under the Non-Contributory Pension Plan, you will be eligible for the Retired Medical Benefit Plan, continued at no cost. The Plan will not duplicate any benefits under Medicare. A leaflet describing the Retired Medical Benefit Plan is available at the plant Employee Benefits Office.

## CONVERSION PRIVILEGE

If your Medical Benefits coverage terminates for any reason, you may, within 31 days, purchase an individual or family policy without medical examination. A form explaining the available insurance may be obtained from the plant Employee Benefits Office.

## SURVIVORS COVERAGE

In the case of an active employee who dies, his widow (or widower) will be permitted to continue the group Medical Benefit Plan by paying the full monthly premium. For the surviving spouse of an active employee, this coverage may be continued as long as the spouse is receiving a monthly income from either the Pension Plan or the Survivor Income Benefit under the Insurance Plan. For the surviving spouse of a retired employee, coverage will be continued for his or her lifetime at no cost.

## COORDINATION OF BENEFITS PROVISION

The medical benefits under this Plan will be coordinated with the benefits of any other group plan under which you or one of your eligible dependents is covered, so that benefits from

19



CATERPILLAR
EMPLOYEE
BENEFITS

YOUR EXTRA PAYCHECK

AMENDED 1970

# EXHIBIT D

# Benefit Plans

for Caterpillar employees
represented by
United Auto Workers

## Medical Benefits
*providing you with protection against medical expenses when illness or accident strikes you or your family* ........................................ **2**

## Death and Disability Benefits
*1. providing your family with income in the event of your death*
*2. replacing your income partially during periods of disability* ........................................ **45**

## Pension Plan
*providing an income for you during your retirement years* ........................................ **59**

## Employees' Stock Ownership Plan
*providing you with shares of Caterpillar Common Stock* ........................................ **77**

## Profit Sharing Plan
*enabling you to share in the profits of the company* ........................................ **84**

## Supplemental Unemployment Benefits
*providing you with replacement income during periods of layoff* ........................................ **94**

## Other Benefit Plan Information ................ **103**

These plans, along with Workers' Compensation and Social Security, provide a well-rounded program of protection for you and your family. They are an important part of your compensation as a Caterpillar employee — "Your Extra Paycheck."

The Tax Deferred Savings Plan is explained in the Prospectus provided to participating members.

If you have any questions regarding any of your benefit plans, please call your Employee Benefits Office.

*These plans cover hourly payroll employees who are represented by the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) at the following locations: Aurora, IL; Davenport, IA; Decatur, IL; Denver, CO; Memphis, TN; Peoria, IL Area; Pontiac, IL; and York PA. Some of the plans also cover the employees listed on page 103. Other employees of the Company are covered under different benefit plans.*

1

any period for which you are eligible for coverage under this Plan. Under certain circumstances dependent children may qualify for Medicare coverage; the Company will also reimburse you for up to $15.50 per person per month in this instance.

The reimbursement rate will be increased to $17.60 per month on March 1, 1987 and to $19.60 per month on January 1, 1988.

# MEDICAL BENEFITS AFTER RETIREMENT

If you retire and are eligible for the immediate receipt of a pension (with at least 5 years of credited service) under the Non-Contributory Pension Plan, you will be eligible for the Retired Medical Benefit Plan, continued at no cost. The Plan will not duplicate any benefits under Medicare. A leaflet describing the Retired Medical Benefit Plan is available at the plant Employee Benefits Office.

# CONVERSION PRIVILEGE

If your Medical Benefits coverage terminates for any reason, you may, within 31 days, purchase an individual or family policy without medical examination. A form explaining the available insurance may be obtained from the plant Employee Benefits Office. Effective on and after January 1, 1987, the right of conversion may be exercised within 180 days of the end of the "Maximum Period of Continuation" in cases listed in the section "When Your Coverage Ends" (see previous two pages).

If an active employee dies when eligible to retire or if a retired employee dies, the surviving spouse will have coverage continued for his or her lifetime at no cost.

If an active employee dies when not eligible to retire, the surviving spouse will be permitted to continue the group Medical Benefit Plan by paying the full monthly premium as long as Survivor Income Benefits are being paid under the Insurance Plan. Survivors eligible for Bridge Survivor Income Benefits receive six months of coverage at no cost.

If an active employee, not eligible to retire, dies as a result of an in-plant accident which qualifies under Workers' Compensation and the Group Insurance Plan for Accidental Death Benefits, the

Case 3:06-cv-00235    Document 1-1    Filed 03/28/06    Page 22 of 24 PageID #: 41

surviving spouse will have coverage continued at no cost until the earliest to occur of the surviving spouse's (i) remarriage, (ii) eligibility for Medicare, or (iii) death. If no spouse survives the employee, surviving dependent children who are represented by a guardian may continue coverage by paying the full monthly premium until the child is no longer a dependent under the Plan.

# COORDINATION OF BENEFITS PROVISION

The medical, dental, vision or hearing aid benefits under this Plan will be coordinated with the medical, dental, vision or hearing aid benefits of any other group plan under which you or one of your eligible dependents is covered, so that benefits from the combined plans will reimburse up to, but not more than, 100% of allowable medical, dental, vision or hearing aid expenses.

In such cases the order of payment will be determined on a primary, secondary plan basis.

    A. If the other group plan has no coordination of benefits provision, it automatically is the primary plan.

    B. If the other group plan has a coordination of benefits provision, then in determining whether this plan or the other group plan is primary the following will apply:

        1. The plan covering the patient as an employee or other than as a dependent will be the primary plan.

        2. Where both plans cover the patient as a dependent child, the plan covering the parent whose birthday (month and day) is first in the calendar year will be the primary plan except, in the case of divorce or separation;

        (a) if the parent with custody of the child has not remarried the plan of the parent with custody will be the primary plan

        (b) if the parent with custody has remarried:

           (i) the plan of the parent with custody will be the primary plan



CATERPILLAR
EMPLOYEE
BENEFITS
YOUR EXTRA PAYCHECK

Amended 1986
840-36408-04