IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY T. WINNETT, FREDA JACKSON-CHITTUM, CASPER R. HARRIS, WILLIAM H. DAILEY, CALVIN E. GROGAN, KENNETH C. HAMMER, and CHARLES A. WATERFIELD, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:06-cv-00235 District Judge Trauger |
| v. | ) ) | Magistrate Judge Brown |
| CATERPILLAR, INC., | ) ) | Class Action |
| Defendant. | ) ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion to Dismiss (Docket No. 74) is DENIED.

It is so ordered.

Entered this 16th day of May, 2007.

ALETA A. TRAUGER
United States District Judge