IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, FREDA JACKSON-CHITTUM, CASPER R. HARRIS, WILLIAM H. DAILEY, CALVIN E. GROGAN, KENNETH C. HAMMER, and CHARLES A. WATERFIELD, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CATERPILLAR, INC., <br><br> Defendant. | Case No. 3:06-cv-00235 <br> District Judge Trauger <br> Magistrate Judge Brown <br><br> Class Action |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Clarification and Certification of Issue for Interlocutory Appeal (Docket No. 129) is DENIED IN PART and GRANTED IN PART. In particular, the defendant's motion for clarification is DENIED. However, the defendant's motion to certify an issue for interlocutory appeal is GRANTED on the basis that the interrelated issues of subject matter jurisdiction and vesting of benefits present controlling questions of law about which there is substantial ground for difference of opinion and an immediate appeal from the court's Order and Memorandum Opinion entered on May 16, 2007 may materially advance the ultimate termination of the litigation.

It is so ordered.

Entered this 20th day of July 2007.

_____
ALETA A. TRAUGER
United States District Judge