IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, FREDA JACKSON-CHITTUM, CASPER R. HARRIS, WILLIAM H. DAILEY, CALVIN E. GROGAN, KENNETH C. HAMMER, and CHARLES A. WATERFIELD, on behalf of themselves and others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:06-cv-00235 |
| | ) District Judge Trauger |
| v. | ) Magistrate Judge Brown |
| | ) |
| CATERPILLAR, INC., | ) Class Action |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL UNION, UAW, *et. al*, | ) |
| | ) |
| Third-Party Defendants. | ) |

**ORDER**

For the reasons expressed in the accompanying Memorandum, the third-party defendants' motion to dismiss (Docket No. 164) is GRANTED IN PART and DENIED IN PART. The third-party defendants' motion to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is hereby GRANTED. All claims against the six out-of-state Local Unions in Illinois, Pennsylvania, and Colorado are hereby DISMISSED.

The third-party defendants' motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is hereby GRANTED IN PART and DENIED

1

IN PART. The motion is GRANTED as to Counts I and II. Accordingly, those claims are dismissed. The motion is DENIED as to Counts III and IV.

It is so ordered.

Entered this 1st day of May, 2008.

_____
ALETA A. TRAUGER
United States District Judge