IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY T. WINNETT, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:06-0235 |
| v. | ) ) ) | Judge Trauger |
| CATERPILLAR, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JUDITH K. KERNS, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:06-1113 |
| CATERPILLAR, INC., | ) ) ) | Judge Trauger |
| Defendant. | ) ) | |

**O R D E R**

The Joint Motion to Enter a Case Management Order For Damages Phase (Docket No. 467) is **GRANTED**. It is hereby **ORDERED** that the following deadlines are established:

1. **July 30, 2010**: Parties to complete written discovery concerning damages issues.

2. **August 16, 2010**: Plaintiffs to provide Caterpillar with their premium refund and interest calculation. The parties are then to determine whether an agreement can be reached on damages. Defendant may informally interview plaintiffs' expert witness concerning damages.

3. **September 13, 2010**: Provided no agreement is reached concerning damages, defendant to identify its damages expert and produce any expert report. The parties will continue to determine whether an agreement can be reached on damages.

4. **September 30, 2010**: Provided no agreement is reached concerning

1

    damages, all expert witness depositions shall be completed.

5.     **After October 1, 2010**: Damages hearing set on a date to be determined by the court. The parties anticipate no more than two days of hearing will be required.

It is so **ORDERED**.

ENTER this 14th day of June 2010.

                                            ALETA A. TRAUGER
                                            U.S. District Judge