IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, *et al.*, on behalf of themselves and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Civil No. 3:06-0235 |
| ) | Judge Trauger |
| v. ) ) | |
| CATERPILLAR, INC., ) ) | |
| Defendant. ) | |

## O R D E R

The Agreed Motion to Stay Discovery And Further Proceedings Concerning Damages Issues (Docket No. 472) is **GRANTED**. It is hereby **ORDERED** that discovery and further proceedings concerning damages issues are hereby **STAYED**, pending resolution of the parties' forthcoming briefing concerning the impact of the Sixth Circuit's decision in this case on the remaining claims in this case.

It is so **ORDERED**.

ENTER this 2nd day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge