**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| GARY T. WINNETT, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:06-0235 |
| v. | ) ) | Judge Trauger |
| CATERPILLAR, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JUDITH K. KERNS, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:06-1113 |
| CATERPILLAR, INC., | ) ) | Judge Trauger |
| Defendant. | ) ) | |

**O R D E R**

A telephone conference was held with counsel for the parties in both of these cases on January 31, 2011. It is hereby **ORDERED** that, by February 18, 2011, the parties shall file an agreed order for the court's consideration proposing processes and briefing schedules for the disposition of the remaining issues in these two cases, as discussed in the telephone conference.

It is so **ORDERED**.

ENTER this 31st day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge