IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et. al., <br>     Plaintiffs, <br> v. <br> CATERPILLAR INC., <br>     Defendant/Third-Party Plaintiff, <br> v. <br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and its LOCAL UNION NOS. 145, 751, 786, 974, 1086, 1415 and 2096, <br>     Third-Party Defendants/Counterclaim Plaintiffs. <br> v. <br> CATERPILLAR INC., <br>     Counterclaim Defendant. | Case No. 3:06-CV-00235 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown |
| JUDITH K. KERNS, et. al., <br>     Plaintiffs, <br> v. <br> CATERPILLAR INC., <br>     Defendant/Third-Party Plaintiff, <br> v. <br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and its LOCAL UNION NOS. 145, 751, 786, 974, 1086, 1415 and 2096, <br>     Third-Party Defendants/Counterclaim Plaintiffs. <br> v. <br> CATERPILLAR INC., <br>     Counterclaim Defendant. | Case No. 3:06-CV-1113 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown |

**[PROPOSED] ORDER GRANTING THIRD-ARTY DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS
RESPONSE TO CATERPILLAR'S
MOTION FOR LEAVE TO FILE ITS MOTION FOR SUMMARY JUDGMENT
ON THE UAW'S COUNTERLCLAIMS**

The matter before the Court is the UAW's unopposed motion for an extension of time to

file its response to Caterpillar's motion for leave to file its motion for summary judgment on the UAW's Counterclaims.

For good cause shown,

It is **ORDERED** that the UAW's motion is **GRANTED.**

It is **FURTHER ORDERED** that the UAW's response to Caterpillar's motion for leave to file its motion for summary judgment is to be filed no later than February 25, 2011.

_____
Hon. Aleta A. Trauger

Dated: