IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY T. WINNETT, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:06-0235 |
| v. | ) ) | Judge Trauger |
| CATERPILLAR, INC., | ) ) | |
| Defendant/Counter-Defendant, | ) ) | |
| UAW LOCAL UNION NO. 1086, | ) ) | |
| Third-Party Defendant/ Counter-Plaintiff, | ) ) | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | ) ) ) ) ) | |
| Counter-Plaintiff. | ) | |

**O R D E R**

Pursuant to the parties' Joint Status Report (Docket No. 504), it is hereby **ORDERED** as follows:

1. By March 31, 2011, Caterpillar shall file its motion for restitution, supporting memorandum and evidentiary submission regarding premiums and claims expenses for which restitution is sought.

2. By May 31, 2011, the plaintiffs shall complete any informal inquiry and/or discovery as to Caterpillar's submission of premiums and claims expenses and file their response in opposition.

3. By June 14, 2011, Caterpillar may file a reply.

It is so **ORDERED**.

ENTER this 2nd day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge