IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| CATERPILLAR INC., | ) Case No. 3:06-cv-00235 |
| Defendant/Third-Party Plaintiff, | ) Hon. Aleta A. Trauger |
| v. | ) Mag. Judge Joe B. Brown |
| INTERNATIONAL UNION, UAW, et al. | ) |
| Third-Party Defendants. | ) |

**CATERPILLAR'S MOTION FOR CERTIFICATION OF FINAL JUDGMENT**

Defendant Caterpillar Inc. hereby moves for certification of final judgment on the Court's dismissal of Caterpillar's third-party complaint pursuant to Federal Rule of Civil Procedure 54(b).

The bases for Caterpillar's motion are set forth in the accompanying memorandum of law.

WHEREFORE, Caterpillar prays that the Court grant it final judgment and grant it such other and further relief as is just and proper.

Dated: April 25, 2011

Respectfully submitted,

CATERPILLAR INC.

By: s/ Joseph J. Torres
    One of Its Attorneys

Lawrence S. Eastwood, Jr.
BAKER, DONELSON, BEARMAN, CALDWELL

& BERKOWITZ, P.C.,
211 Commerce Street - Suite 1000
Nashville, TN 37201
(615) 726-5600

C. R. Gangemi, Jr. *(Admitted Pro Hac Vice)*
Joseph J. Torres *(Admitted Pro Hac Vice)*
Derek G. Barella *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
JTorres@winston.com

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant Caterpillar Inc., hereby certifies that on April 25, 2011, a true and correct copy of the foregoing MOTION FOR CERTIFICATION OF FINAL JUDGMENT was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Michael M. Mulder<br>Hinda Sodha<br>Meites, Mulder & Glink<br>321 S. Plymouth Ct., Suite 1250<br>Chicago, IL 60604 | Elizabeth A. Alexander<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>One Nashville Place<br>150 Fourth Avenue N, Suite 1650<br>Nashville, Tennessee 37219 |
| Craig V. Gabbert, Jr.<br>Gabbert & Manner PC<br>315 Deaderick Street, Suite 1800<br>Nashville, Tennessee 37238 | Jay E. Sushelsky<br>601 E Street, NW<br>Washington, DC 20049 |
| Lisa M. Smith<br>Klimist, McKnight, Sale, McClow,<br>& Canzano P.C.<br>400 Galleria Officentre, Suite 117<br>Southfield, Michigan 48034 | Samuel Morris<br>Godwin Morris Laurenzi & Bloomfield P.C.<br>Morgan Keegan Tower<br>50 N. Front Street, Suite 800, P.O. Box 3290<br>Memphis, Tennessee 38173-0290 |
| W. Gary Kohlman<br>Bredhoff & Kaiser, PLLC<br>805 15th Street NW, Suite 1000<br>Washington, DC 20005 | Edmund L. Carey, Jr.<br>Gerald E. Martin<br>Barrett, Johnston & Parsley<br>217 Second Avenue, N<br>Nashville, Tennessee 37201 |

s/ Joseph J. Torres