IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY T. WINNETT, *et al.*, on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs, | ) | Civil No. 3:06-0235 |
| v. | ) ) | Judge Trauger |
| CATERPILLAR, INC., | ) ) | |
| Defendant/Counter-Defendant, | ) ) | |
| UAW LOCAL UNION NO. 1086, | ) ) | |
| Third-Party Defendant/ Counter-Plaintiff, | ) ) | |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, | ) ) ) ) ) | |
| Counter-Plaintiff. | ) | |

## **O R D E R**

Caterpillar's Motion For Restitution (Docket No. 517) will be granted as unopposed. It is hereby **ORDERED** that defendant Caterpillar shall file for the court's consideration a proposed Order that grants this motion.

It is so **ORDERED**.

ENTER this 26th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge