IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, *et al.*, on behalf of themselves and others similarly situated, ) ) ) | |
| Plaintiffs, ) | Civil No. 3:06-0235 |
| v. ) | Judge Trauger |
| ) | |
| CATERPILLAR, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| UAW LOCAL UNION NO. 1086, ) | |
| ) | |
| Third-Party Defendant, ) | |
| ) | |
| INTERNATIONAL UNION, ) UNITED AUTOMOBILE, AEROSPACE AND ) AGRICULTURAL IMPLEMENT WORKERS OF ) AMERICA, ) ) | |
| Counter-Plaintiff. ) | |

## **O R D E R**

The court's Order entered April 26, 2011 that granted Caterpillar's Motion For Restitution as unopposed (Docket No. 521) is **VACATED**. By inadvertence, the court did not note that the parties had agreed to an extension of the response and reply deadlines.

It is so **ORDERED**.

ENTER this 27th day of April 2011.

ALETA A. TRAUGER
U.S. District Judge