IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et. al., <br>     Plaintiffs, <br> v. <br> CATERPILLAR INC., <br>     Defendant/Third-Party Plaintiff, <br> v. <br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and its LOCAL UNION NOS. 145, 751, 786, 974, 1086, 1415 and 2096, <br>     Third-Party Defendants/Counterclaim Plaintiffs. <br> v. <br> CATERPILLAR INC., <br>     Counterclaim Defendant. | Case No. 3:06-CV-00235 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown |
| JUDITH K. KERNS, et. al., <br>     Plaintiffs, <br> v. <br> CATERPILLAR INC., <br>     Defendant/Third-Party Plaintiff, <br> v. <br> INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and its LOCAL UNION NOS. 145, 751, 786, 974, 1086, 1415 and 2096, <br>     Third-Party Defendants/Counterclaim Plaintiffs. <br> v. <br> CATERPILLAR INC., <br>     Counterclaim Defendant. | Case No. 3:06-CV-1113 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown |

**UAW'S UNCONTESTED MOTION FOR 21 DAY EXTENSION OF TIME TO RESPOND TO CATERPILLAR'S MOTION FOR FINAL JUDGMETN**

1

Third-party defendants and counterclaimants International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and its Local Union No. 1086 (hereinafter, collectively the "UAW") respectfully file this motion for a 21-day extension of time until June 2, 2011 to respond to the motion for certification of final judgment filed by Caterpillar, Inc. (hereinafter "Caterpillar"). The grounds for this motion are as follows:

1. On April 25, 2011, Caterpillar moved for certification of final judgment with regard to its third-party claims in both the *Kerns* and *Winnett* litigation.

2. Responses to Caterpillar's motion are presently due to be filed May 12, 2011.

3. Counsel for the UAW who are in a position to draft the oppositions to Caterpillar's motions have commitments in other matters that make it very difficult for them to meet this deadline. Matthew Clash-Drexler was in arbitration this week, and has a post-arbitration brief due May 10, 2011 and a separate arbitration on May 16. In addition, Joshua Shiffrin has post-hearing briefing following a two-week arbitration that is due on May 26, 2011.

4. Counsel for the UAW is therefore respectfully requesting a 21-day extension of time, to June 2, 2011, to respond to Caterpillar's motions for certification of final judgment.

5. Counsel for the UAW has conferred with counsel for Caterpillar, and Caterpillar has no position with respect to this motion.

For those reasons, the UAW's motion for an extension of time until June 2, 2011 to respond to Caterpillar's motions for summary judgment should be granted.

Dated: May 5, 2011               Respectfully submitted,

                                 s/ Matthew Clash-Drexler
                                 *Julia Penny Clark (D.C. Bar No. 269609)
                                 *W. Gary Kohlman (D.C. Bar No.177527)
                                 *Matthew Clash-Drexler (D.C. Bar. No. 477334)

2

*Joshua B. Shiffrin (D.C. Bar No. 501008)
BREDHOFF & KAISER, P.L.L.C.
805 15th Street N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600
Fax: (202) 842-1888

*Admitted *Pro Hac Vice*

Edmund L. Carey, Jr.
David W. Garrison
Gerald E. Martin
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue
Nashville, TN 37201
(615) 244-2202
Fax: (615) 252-3798

*Counsel for Third-Party Defendants International Union, United Automobile Aerospace and Agricultural Implement Workers of America and its Local Unions No. 1086*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5rd day of May, 2011 a copy of the foregoing document, and any attachments, was served electronically to the following Filing Users via the Court's Electronic Filing System. Counsel is unaware of a duty to serve any party by alternative means.

**Kathryn E. Barnett**
**Elizabeth A. Alexander**
**Mark P. Chalos**
Lieff, Cabraser, Heimann & Bernstein, LLP
3319 West End Avenue
Suite 600
Nashville, TN 37203-1074
(615) 313-9000
Email: kbarnett@lchb.com
ealexander@lchb.com
mchalos@lchb.com

**Michael M. Mulder**
**Shona B. Glink**
**Jamie S. Franklin**
**Karen Sheley**
Meites, Mulder, Mollica & Glink
20 S Clark Street
Suite 1500
Chicago, IL 60603
Telephone: (312) 263-0272
Fax: (312) 263-2942
Email: mmmulder@mmmglaw.com
sbglink@mmmglaw.com
jsfranklin@mmmglaw.com
ksheley@mmmglaw.com

**Jay E. Sushelsky**
601 E Street, NW
Washington, DC 20049
Email: jsushelsky@aarp.org

*Counsel for Plaintiffs*

**Columbus R. Gangemi, Jr.**
**Derek Grady Barella**
**Joseph J. Torres**
Winston & Strawn LLP
35 W Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
Email: cgangemi@winston.com
Email: dbarella@winston.com
Email: jtorres@winston.com

**Lawrence Slade Eastwood, Jr.**
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
Commerce Center
211 Commerce Street
Suite 1000
Nashville, TN 37201
(615) 726-5600
Email: leastwood@bakerdonelson.com

*Counsel for Defendant Caterpillar, Inc.*

  /s/Matthew Clash-Drexler
Matthew Clash-Drexler