IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et. al., <br>    Plaintiffs, <br>v. <br>CATERPILLAR INC., <br>    Defendant/Third-Party Plaintiff, <br>v. <br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and its LOCAL UNION NOS. 145, 751, 786, 974, 1086, 1415 and 2096, <br>    Third-Party Defendants/Counterclaim Plaintiffs. <br>v. <br>CATERPILLAR INC., <br>    Counterclaim Defendant. | Case No. 3:06-CV-00235 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown |
| JUDITH K. KERNS, et. al., <br>    Plaintiffs, <br>v. <br>CATERPILLAR INC., <br>    Defendant/Third-Party Plaintiff, <br>v. <br>INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and its LOCAL UNION NOS. 145, 751, 786, 974, 1086, 1415 and 2096, <br>    Third-Party Defendants/Counterclaim Plaintiffs. <br>v. <br>CATERPILLAR INC., <br>    Counterclaim Defendant. | Case No. 3:06-CV-1113 <br><br> Hon. Aleta A. Trauger <br><br> Mag. Judge Joe B. Brown |

**[PROPOSED] ORDER GRANTING UAW'S UNCONTESTED MOTION FOR 21-DAY WEEK EXTENSION OF TIME TO RESPOND TO CATERPILLAR'S MOTION FOR CERTIFICATION OF FINAL JUDGMENT**

The matter before the Court is the UAW's motion for an extension of time to file its response to Caterpillar's motion for certification of final judgment. For good cause shown,

        It is **ORDERED** that the UAW's motion is **GRANTED**.

        It is **FURTHER ORDERED** that the responses to Caterpillar's for certification of final judgment is to be filed no later than June 2, 2011.

        _____
        Hon. Aleta Trauger

Dated: