# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CATERPILLAR INC., ) | |
| ) | Case No. 3:06-cv-00235 |
| Defendant/Third-Party Plaintiff, ) | |
| ) | Hon. Aleta A. Trauger |
| v. ) | |
| ) | Mag. Judge Joe B. Brown |
| INTERNATIONAL UNION, UAW, et al. ) | |
| ) | |
| Third-Party Defendants. ) | |

## MOTION FOR LEAVE TO FILE *INSTANTER* CATERPILLAR'S REPLY TO UAW AND PLAINTIFFS' OPPOSITION TO MOTION FOR CERTIFICATION OF FINAL JUDGMENT

Defendant Caterpillar Inc., pursuant to Local Rule 8(b)(3), requests leave to file *instanter* the attached Reply Memorandum in Support of its Motion for Certification of Final Judgment. Caterpillar seeks leave to file this Reply Memorandum in response to the arguments raised by Plaintiffs and the UAW in their Opposition to Caterpillar's Motion for Certification of Final Judgment, which was filed on June 2, 2011.

WHEREFORE, Caterpillar requests leave to file *instanter* the attached Reply Memorandum in Support of its Motion for Certification of Final Judgment.

Respectfully submitted,

CATERPILLAR INC.


By: ____s/ Joseph J. Torres_____
  One of Its Attorneys

Lawrence S. Eastwood, Jr.
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.,
211 Commerce Street - Suite 1000
Nashville, TN  37201
(615) 726-5600

C. R. Gangemi, Jr. *(Admitted Pro Hac Vice)*
Joseph J. Torres *(Admitted Pro Hac Vice)*
Derek G. Barella *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant Caterpillar Inc., hereby certifies that on June 21, 2011, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE *INSTANTER* CATERPILLAR'S REPLY TO UAW AND PLAINTIFFS' OPPOSITION TO MOTION FOR CERTIFICATION OF FINAL JUDGMENT was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Michael M. Mulder | Elizabeth A. Alexander |
| Hinda Sodha | Lieff, Cabraser, Heimann & Bernstein, LLP |
| Meites, Mulder, Mollica & Glink | One Nashville Place |
| 20 South Clark Street, Suite 1500 | 150 Fourth Avenue N, Suite 1650 |
| Chicago, Illinois 60603 | Nashville, Tennessee 37219 |
| | |
| Craig V. Gabbert, Jr. | Jay E. Sushelsky |
| Alexandra Coulter Cross | 601 E Street, NW |
| Harwell Howard Hyne | Washington, DC 20049 |
| Gabbert & Manner PC | |
| 315 Deaderick Street, Suite 1800 | Edmund L. Carey, Jr. |
| Nashville, Tennessee 37238 | Gerald E. Martin |
| | Barrett, Johnston & Parsley |
| W. Gary Kohlman | 217 Second Avenue, N |
| Julia Penny Clark | Nashville, Tennessee 37201 |
| Matthew Clash-Drexler | |
| Bredhoff & Kaiser, PLLC | |
| 805 15th Street NW, Suite 1000 | |
| Washington, DC 20005 | |

s/ Joseph J. Torres