Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CATERPILLAR INC., ) | |
| ) | Case No. 3:06-cv-00235 |
| Defendant/Third-Party Plaintiff, ) | |
| ) | Hon. Aleta A. Trauger |
| v. ) | |
| ) | Mag. Judge Joe B. Brown |
| INTERNATIONAL UNION, UAW, et al. ) | |
| ) | |
| Third-Party Defendants. ) | |

**MOTION FOR LEAVE TO FILE *INSTANTER*
CATERPILLAR'S REPLY TO UAW AND PLAINTIFFS' OPPOSITION TO
MOTION FOR CERTIFICATION OF FINAL JUDGMENT**

Defendant Caterpillar Inc., pursuant to Local Rule 8(b)(3), requests leave to file *instanter* the attached Reply Memorandum in Support of its Motion for Certification of Final Judgment. Caterpillar seeks leave to file this Reply Memorandum in response to the arguments raised by Plaintiffs and the UAW in their Opposition to Caterpillar's Motion for Certification of Final Judgment, which was filed on June 2, 2011.

WHEREFORE, Caterpillar requests leave to file *instanter* the attached Reply Memorandum in Support of its Motion for Certification of Final Judgment.