IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-0235 |
| ) | Judge Trauger |
| CATERPILLAR INC., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL UNION, UAW, et al. ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

| | |
|---|---|
| JUDITH K. KERNS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06-1113 |
| ) | Judge Trauger |
| CATERPILLAR INC., ) | |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL UNION, UAW, et al. ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

**ORDER**

For the reasons expressed in the accompanying Memorandum, Caterpillar's Motion for Restitution in *Winnett* (Docket No. 517) is **DENIED.** Caterpillar's Motion for Certification in *Winnett* (Docket No. 519) is **DENIED AS MOOT**. As a housekeeping matter, the motion pending as *Winnett* Docket No. 506 is **TERMED**, as the issues in that motion have been long settled by the parties. *Winnett* is **DISMISSED**, and entry of this order shall constitute the judgment in that case.

In *Kerns*, Caterpillar's Motion for Certification (Docket No. 314) is **DENIED**, and, as a housekeeping matter, the motion pending as *Kerns* Docket No. 297 is **TERMED**, as, likewise, the issues in that motion have been settled by the parties.

It is so ordered.

Enter this 24th day of June 2011.

ALETA A. TRAUGER
United States District Judge