UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GARY T. WINNETT, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 3:06-0235 |
| CATERPILLAR INC., | ) ) | Judge Trauger |
| Defendant/Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| INTERNATIONAL UNION, UAW, et al. | ) ) | |
| Third-Party Defendants. | ) ) | |

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/27/2011.

                                                KEITH THROCKMORTON, CLERK
                                                s/Tina M. Webster, Deputy Clerk