UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GARY T. WINNETT, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:06-0235 |
| ) | Judge Trauger |
| CATERPILLAR INC., ) | |
| Defendant/Third-Party Plaintiff, ) | |
| v. ) | |
| INTERNATIONAL UNION, UAW, et al. ) | |
| Third-Party Defendants. ) | |

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/27/2011.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk