# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 3:06-cv-00235 |
| ) | |
| v. ) | Hon. Aleta A. Trauger |
| ) | Mag. Judge Joe B. Brown |
| CATERPILLAR INC., ) | |
| ) | CLASS ACTION |
| Defendant. ) | |
| ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that plaintiffs Gary T. Winnett, Freda Jackson-Chittum, Casper R. Harris, Michael J. Finn, William H. Dailey, Calvin E. Grogan, Kenneth C. Hammer and Charles A. Waterfield, individually and in their specific capacity as representatives of the certified class and subclasses, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order and accompanying memorandum granting Defendants' Motion for Reconsideration of Court's Summary Judgment Ruling [Docket Nos. 494 & 495] and from the June 24, 2011 Order dismissing this case [Docket No. 536] and the judgment entered in this action on June 27, 2011 [Docket 537]. This appeal is filed on behalf of the named plaintiffs, the entire certified class, and each of the certified subclasses.

Dated: July 22, 2011                      Respectfully submitted,

                                          /s/ Michael M. Mulder
                                          *One of the Attorneys for the Plaintiffs*

| | | |
|---|---|---|
| Elizabeth A. Alexander | Jay E. Sushelsky | Michael M. Mulder |
| LIEFF, CABRASER, HEIMANN | AARP FOUNDATION | Shona B. Glink |
| & BERNSTEIN, LLP | 601 E Street, NW | MEITES, MULDER & GLINK |
| One Nashville Place | Washington, DC 20049 | 321 S. Plymouth Ct., Suite 1250 |

150 Fourth Avenue N, Suite 1650  Chicago, IL 60604
Nashville, TN 37219

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2011, a true and correct copy of the foregoing pleading was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Lawrence S. Eastwood, Jr.<br>Baker, Donelson, Bearman,<br>CALDWELL & BERKOWITZ, P.C.<br>211 Commerce Street, Suite 1000<br>Nashville TN 37201 | Edmund L. Carey, Jr.<br>Gerald E. Martin<br>BARRETT, JOHNSTON & PARSLEY<br>217 Second Avenue, N<br>Nashville TN 37201 |
| Columbus R. Gangemi, Jr.<br>Joseph J. Torres<br>Derek Barella<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago IL 60601 | Joshua B. Shiffrin<br>Julia Penny Clark<br>W. Gary Kohlman<br>BREDHOFF & KAISER, PLLC<br>805 15th Street NW Suite 1000<br>Washington DC 20005 |
| Lisa Smith<br>KLIMIST, MCKNIGHT, SALE,<br>  MCCLOW & CANZANO<br>400 Galleria Officentre, Suite 117<br>Southfield MI 48034-8460 | Craig V. Gabbert, Jr.<br>GABBERT & MANNER PC<br>315 Deaderick Street, Suite 1800<br>Nashville TN 37238 |
| Samuel Morris<br>GODWIN MORRIS LAURENZI &<br>BLOOMFIELD P.C.<br>Morgan Keegan Tower<br>50 N. Front Street, Suite 800<br>Memphis TN 38173 | |

/s/ Michael M. Mulder