# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GARY T. WINNETT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CATERPILLAR INC., ) <br> ) <br> Defendant/Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTERNATIONAL UNION, UAW, et al., ) <br> ) <br> Third-Party Defendants. ) | Case No. 3:06-CV-00235 <br><br> Hon. Aleta A. Trauger <br> Mag. Judge Joe B. Brown |

## NOTICE OF APPEAL BY CATERPILLAR INC.

Notice is hereby given that CATERPILLAR INC., Defendant/Third-Party Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment (R. 537) entered on June 27, 2011.

Date: July 25, 2011                         CATERPILLAR INC.


                                            By:   s/ Joseph J. Torres
                                                  One of Its Attorneys


Lawrence S. Eastwood, Jr.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
(615) 726-5600
leastwood@bakerdonelson.com

C. R. Gangemi, Jr. *(Admitted Pro Hac Vice)*
Joseph J. Torres *(Admitted Pro Hac Vice)*
Derek G. Barella *(Admitted Pro Hac Vice)*
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600
cgangemi@winston.com
jtorres@winston.com
dbarella@winston.com

# CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Caterpillar Inc., hereby certifies that on July 25, 2011, a true and correct copy of the foregoing NOTICE OF APPEAL was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Michael M. Mulder<br>Shona B. Glink<br>Meites, Mulder & Glink<br>312 S. Plymouth Ct., Suite 1250<br>Chicago, Illinois 60604 | Elizabeth A. Alexander<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>One Nashville Place<br>150 Fourth Avenue N, Suite 1650<br>Nashville, Tennessee 37219 |
| Jay E. Sushelsky<br>601 E Street, NW<br>Washington, DC 20049 | |
| W. Gary Kohlman<br>Julia Penny Clark<br>Bredhoff & Kaiser, PLLC<br>805 15th Street NW, Suite 1000<br>Washington, DC 20005 | Edmund L. Carey, Jr.<br>Gerald E. Martin<br>Barrett, Johnston & Parsley<br>217 Second Avenue, N<br>Nashville, Tennessee 37201 |

                s/ Joseph J. Torres