# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 29, 2013

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

    Re:  Case No. 11-5905/11-5906, *Gary Winnett, et al v. Caterpillar Inc.*
        Originating Case No. : 3:06-CV-235

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Julie Brock
              Case Manager
              Direct Dial No. 513-564-7011

cc: Ms. Elizabeth Ann Alexander
  Ms. Julia Penny Clark
  Mr. Matthew Clash-Drexler
  Ms. Pamina Grace Ewing
  Mr. Michael M. Mulder
  Mr. William T. Payne
  Mr. Joshua B. Shiffrin
  Mr. Jay E. Sushelsky
  Mr. Joseph J. Torres

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-5905/11-5906

_____

Filed: January 29, 2013

WILLIAM H. DAILEY; MICHAEL J. FINN; CALVIN E. GROGAN; KENNETH C. HAMMER; CASPER R. HARRIS; FREDA JACKSON-CHITTUM; CHARLES A. WATERFIELD; GARY T. WINNETT

      Plaintiffs - Appellants Cross-Appellees

v.

CATERPILLAR INC.

      Defendant/Third Party Plaintiff - Appellee Cross-Appellant

v.

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ("INTERNATIONAL UNION, UAW"); UAW LOCAL UNION NO. 145; UAW LOCAL UNION NO. 751; UAW LOCAL UNION NO. 786; UAW LOCAL UNION NO. 974; UAW LOCAL UNION NO. 1086; UAW LOCAL UNION NO. 1415; UAW LOCAL UNION NO. 2096

      Third Party Defendants - Cross-Appellees (11-5906 only)

## MANDATE

   Pursuant to the court's disposition that was filed 01/07/2013 the mandate for this case hereby issues today.

COSTS:  None